the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 66176.—Dan Brechner & Co. v. United States, protests 60/27198 and 60/27285 (New York).

Opinion by Johnson, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities of merchandise, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.

BEFORE THE SECOND DIVISION, OCTOBER 24, 1961

No. 66177.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 292624–KS, etc. (Philadelphia).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66178.—D. P. Harris Hdw. & Mfg. Co. et al. v. United States, protests 59/15858–S, etc. (Boston).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

OCTOBER 20, 1961

**No. 66179.**—Norman G. Jensen, Inc. *v.* United States, protests 59/29912 and 59/29913.—

—C.D. 2254. Plaintiff's application for rehearing granted.

OCTOBER 23, 1961

**No. 66180.**—The Spiegel Brothers Corp. *v.* United States, protest 59/25951. ■

Plaintiff's application for rehearing granted.

**No. 66181.**—Radio Wire Television, Inc. *v.* United States, protest 60/9839. ■

Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, OCTOBER 31, 1961

**No. 66182.**—Beacon Cycle & Sporting Goods Co. et al. *v.* United States, protests 313754–KS, etc. (Milwaukee).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 1, 1961

**No. 66183.**—Frank Kraus and F. C. Gerlach & Co. *v.* United States, protests 60/24645, etc. (New York).